AUSA

FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | '07 MJ 8861 Magistrate Case No.: |
| vs. | COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Carissa NORIEGA, Defendant. | |

The undersigned complainant being duly sworn states:

That on or about October 21, 2007, within the Southern District of California, defendant Carissa NORIEGA did knowingly and intentionally import approximately 26.13 kilograms (57.49 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND, DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

Carissa NORIEGA

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Claudia E. Herzog.

On October 21, 2007, at approximately 1745 hours, Carissa NORIEGA entered the United States at the Andrade, CA Port of Entry. NORIEGA was the driver and registered owner of a 1989 Nissan Maxima bearing Arizona license plate 044TCH. NORIEGA'S three minor children were the passengers.

NORIEGA gave Primary Officer Romero a negative oral Customs declaration. NORIEGA stated that she had visited family in Mexico for the weekend. Officer Romero inspected the vehicle and noticed that the gas tank had a wet appearance and sound solid when tapped. Officer Romero referred the vehicle to the secondary lot for further inspection.

In the secondary inspection area, NORIEGA gave a negative Customs declaration to Officer Benitez. A canine search of the vehicle produced an alert to the rear seat of the vehicle.

A subsequent inspection of the vehicle revealed 24 packages concealed in a non-factory compartment located in the gas tank of the vehicle. One of the packages was probed and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 24 packages had a combined net weight of approximately 26.13 kilograms (57.49 pounds) of cocaine.

NORIEGA was placed under arrest for violation of 21 USC 952 and 960, Importation of a Controlled Substance. NORIEGA admitted knowledge to the presence of a controlled substance concealed in the vehicle. NORIEGA was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.